UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TERRY TYRONE SMITH,**

    Plaintiff,

                                                                               Civil No.**08-14696**
                                                                               Hon. John Feikens

    v.

**STEPHEN GEELHOOD, et al,**

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **11/13/2009**, and noted that no objections were filed by either party,

    **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                                           **s/John Feikens**
                                                                           John Feikens
                                                                          United States District Judge

Dated:  December 10, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 10, 2009.

s/Carol Cohron
Deputy Clerk